**FILED: 8/13/13**
**(closed)**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL PEREZ,<br><br>          Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 12-10615 GHK (AGRx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 8/13/13          By: _____
                                              HON. GEORGE H. KING
                                              CHIEF U. S. DISTRICT JUDGE